

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2015

No. 04-15-00125-CR

**EX PARTE** Hector **RAMIREZ**,

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2894-W1
The Honorable Kevin M. O'Connell, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The Appellant's brief is due July 20, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of July, 2015.

_____
Keith E. Hottle
Clerk of Court